UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELAUT N.V.,**

      **Plaintiff,**

v.        Case No. 6:24-cv-1499-CEM-RMN

**REMARK INDUSTRIES, LLC,**

      **Defendant.**

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
|---|---|---|---|
| **DEPUTY CLERK:** | Ann Lindstrand | **COUNSEL FOR PLAINTIFF:** | Andrew Aitken |
| **COURT REPORTER:** | Heather Suarez<br>heather@stenosuarez.com | **COUNSEL FOR DEFENDANT:** | Jerold Schneider,<br>Lorri Lomnitzer,<br>Jessica Getz |
| **DATE/TIME:** | October 7, 2025<br>2:02 P.M. – 2:31 P.M. | | |
| **TOTAL TIME:** | 29 Minutes | | |

**CLERK'S MINUTES**
**PATENT CLAIM CONSTRUCTION HEARING**

Case called. Appearances made by counsel.

The Court hears argument from the parties on the disputed terms.

Written Order to follow.

Court is adjourned.